IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: EX PARTE APPLICATION OF IBIUNA CRÉDITO GESTÃO DE RECURSOS LTDA., TRAVESSIA SECURITIZADORA DE CRÉDITOS FINANCEIROS S.A. AND TRAVESSIA SECURITIZADORA DE CRÉDITOS FINANCEIROS XXXII S.A. FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 | § § § § § § § | Misc. No. 3:24-MC-024-D |

**ORDER**

After making an independent review of the pleadings, files, and records in this case and of the August 8, 2014 findings, conclusions, and recommendation of the United States Magistrate Judge, the court finds that the findings, conclusions, and recommendation of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

Accordingly, the court grant petitioners' May 8, 2024 Application and Petition for an Order Pursuant to 28 U.S.C. § 1782 to Take Discovery for Use in Foreign Proceedings in the Federal Republic Of Brazil and grants petitioners the authority to issue and serve a subpoena duces tecum on Riata Corporate Group, LLC in the form of the subpoena duces tecum attached as Exhibit A to the Application (ECF No. 1 at 3-14).

The clerk of court is directed to close this matter for statistical purposes.

**SO ORDERED.**

September 26, 2024.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE